THE UNITED STATES FEDERAL COURT
THE STATE OF TEXAS
　　VS.
Robert Roberts   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   11-10-66
Cornelia Childress   5-24-88
Katiisia Roberts   4-5-14
Katii Roberts   6-16-15
Qute Roberts   8-19-16
Miracle Roberts   10-9-18

FILED
AUG 28 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

SA19CA1043 OG MJ-RBF

## Writ Of Hebeas Corpus

Comes now Defendants in Custody, either with Child Protective Services (CPS) or Bexar County Jail. Seeking relief, were Government entities gorge themselves from the "fruits of the Poisonous tree". If subjective good faith alone were the test, the Protection of the Fourth Amendment would evaporate and the people would be secure in their persons, houses, papers and effects, only in the discretion of the Police BECK V. OHIO Supra at 97, 85 S.Ct. at 229. To Strike Down all factual requirements in respect to Probable Cause for arrest without a Warrent, would be to blast one of the support columns of Justice By Law see Wrightson V. United States, 95 U.S. App D.C. 390, 227. F.2d 556, 559-560. Defendant in Civil Court Pro-Se Holds STATE AT Bay while on record in open Court Child Protective Services (CPS) along with Childrens Lawyer. Admitted they had no idea How Children were doing Per Salley Justice Stating and I quote "the kids are doing fine and adjusting" were in

Jeanna Obeymeyer (cps) worker admitted on the record children were being spanked by foster Parents. While Defendant supplied photos of bleeding gums, busted lips and Bruises and Black eyes weeks before. See attachment filed stamped with family court under writ of Habeas Corpus sent to the Texas Supreme Court BEXAR County Texas Civil court clerks office 100 Dolorosa 2nd Floor SA. TX 78205. Since my rearrest all information and communication with Family Court Civil and (cps) has stopped. I have no court information. Everyone has recanted - Facts: Police are called by a absent and resently bailed out wife. Whom is a mom, to a 6 bdrm 2½ bth home were she tells Police that babysitter was supposed to come and babysit and that she had a relationship with me. Mind you I am not there as this transpires. The police leave then according to the report of Police they come back 20 minutes later with no warrent. Police ask me to enter Home I close Door and say No Police open Door and come inside. Police Place me under arrest Put me in hand cuffs and put me in police car Police interrogate me. Then Police take me out of Police car and let me go. Then arrest me again on information acquired from the first arrest (cps) take children then later state allegation unfounded. The Silver Platter label stems from a Phase first turned in the prevailing opinion in Lustig V. United States 338 U.S. 74, 69 S.Ct. 1372, 1374, 93 L.Ed. 1819. To Put this in historic perspative

Page 2 of 4

the Appropriate Starting Point must be Weeks V. United States 232 U.S. 383, 34 S.Ct. 341, 58L Ed 652, When I was rearrested I was Placed in a Court room Holding Cell the Police took my Property and placed it in a Property bag then Sealed it. I watched the Pullift hand it over to police, they open the bag and take out my Cell phone then remove the cell phone cover open the back of the phone and take out battery then put it back together and Place Cell Phone in bag. Police come and ask me to sign my Property I had already Sign for Property what they asked me to sign was called a Search warrent I said as much to police they said we got one you dont have to sign it. So Police Search and Seize my Property Again, they take the Original bag that has my signature on it and place phone in it. Civil rights Violations are all the more regrettable because they are so unneccessary. Professional Standards in law enforcement provide for fighting Crime with intelligence rather than force. ELKINS V. United States 364 U.S. 206 (1960) Petition for Writ of Hebcas Corpus Release because of Delay (Based on 17.151 of the TX.C.C.P.) Failure of state to be ready for trial in 90day Has BEEN IGNORED Court Set But not trial Court Past 90days 114 day still no trial Date Set. Motion I have filed - To Dissmiss Court Appointed Counsel, for reduction of Bond, for an investigator, In Limine, to Quash Indictment, For a Pre-

Page 3 of 4

trial Hearing, for evidence favorable to defendant, for order to require state to disclose prior acts of misconduct, for discovery. I am being completely ignored I am being staved for life my family, my children Defendants seek relief NOW and compensation for loss of liberty and emotional damages for loss of Home. Legally married family of 6, THE Parent Child relationship is Held Sacred and in High regard.

Pro-Se motion filed
Paupers Oath filed

In regards to Civil and District court 2019 CR 6881 Count D226 Indictment Date June 20 2019 warrent issued on that day as well requested June 21, 2019 in family court. I had gotten cleaved in the Head Protecting A woman from a man that had a meat cleaver. I just got a new Car and A Job I was asking the court for more time to secure A Home.

I Robert Roberts Declare that the above Statement is true and correct to the best of my Knowledge on the 25th DAY of August in the year of 2019

Robert Roberts 1099836
200N CCMa/ BAR-34
S, TX 78207

UNITED STATES PADEL
COURTS CLERK
655 E. CESAR E. CHAVEZ BLVD
SAN ANTONIO TX 78206 RECEIVED

INDIGENT

LEGAL MAIL

BEXAR COUNTY JAIL
INMATE MAIL

$000.50

AUG 2 8 2019
U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK